IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Patrick Jernigan, | No. CV 05-03393 PHX NVW (CRP) |
| Petitioner, | **ORDER** |
| vs. | |
| Johnny Tucker, et al., | |
| Respondents. | |

Before the court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1). On December 11, 2006, United States Magistrate Judge Charles R. Pyle issued a Report and Recommendation ("R & R") (doc. # 13) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the petition be dismissed. No objections were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Pyle (doc. # 13).

1  IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
2  filed pursuant to 28 U.S.C. § 2254 (doc. # 1) is denied and dismissed with prejudice.
3  IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
4  accordingly and terminate this action.
5  DATED this 17th day of January 2007.

                                                                               Neil V. Wake
                                                              United States District Judge